## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| DE'ANGELO BENTLEY,<br>MARQUES ROBERTSON,<br>IKEYMA MCKENTRY,<br>individually, and on behalf of<br>all similarly situated persons, | )<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>FILE NO. 1:13-cv-02282-RWS |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) |  |
| FLOOD BROTHERS, INC., | )<br>) |  |
| Defendant. | ) |  |

## ORDER APPROVING FLSA SETTLEMENT
## AND DISMISSAL OF CLAIMS

This action came before the Court on the parties' Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice of Claims.

Therein, the parties properly sought final approval of the terms of their Settlement. *Lynn Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

Having reviewed the Joint Motion and Brief in Support thereof, the record, and the details of the settlement, the Court concludes that the terms of the

settlement are (1) fair to the named Plaintiffs and Opt-ins; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good faith intention by the parties that the Plaintiff and Opt-ins claims be fully and finally resolved.

Accordingly, the Motion is GRANTED, and the settlement is APPROVED by the Court as a final, fair, adequate, and reasonable resolution of this action.

IT IS FURTHER ORDERED that the Settlement Agreement is incorporated into this Order as if fully set forth herein, and Defendant shall make the payment to Plaintiffs' counsel as set forth in the Settlement Agreement.

IT IS FURTHER ORDERED that this matter be dismissed with prejudice.

SO ORDERED this _11th_ day of _Dec_, 2014.

HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE